**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **PATRICK A. BECK, INDIVIDUALLY AND AS THE FATHER AND ADMINISTRATOR OF THE ESTATE OF HIS MINOR SON, C. D. B., TRACY L. EDWARDS, JUSTIN McCARTHY, MICHAEL HARRELL, AND CHARLES N. "NICK" SIRIA** | **CIVIL ACTION** |
| | **NUMBER:** |
| | **SECTION:** |
| | **DIVISION:** |
| **VERSUS** | |
| **TK BOAT RENTALS, L.L.C., ANDRE D. BOUDREAU, TROY WETZEL, D/B/A LOUISIANA OFFSHORE FISHING CHARTERS, EXTREME FISHING, L.L.C., CHASE B. ST. CLAIR, AND GEICO MARINE INSURANCE COMPANY** | **<u>JURY TRIAL REQUESTED</u>** |

**<u>COMPLAINT FOR DAMAGES</u>**

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The complaint of Patrick A. Beck, individually and as the father and administrator of the estate of his minor son, C. D. B., Tracy L. Edwards, Justin McCarthy, Michael Harrell, and Charles N. "Nick" Siria, reserving all rights, defenses, and claims asserted in their Answer and Claims in *In the Matter of the Complaint of TK Boat Rentals, LLC, as Owner and Operator of the M/V MISS IDA*, U.S.D.C., E.D. La., Civil Action No.: 2:17-cv-01545, Sect. "R," Div. "4," with respect represents that:

1.

Plaintiff, Patrick A. Beck, individually and as the father and administrator of the estate of his minor son, C. D. B., is a person of the full age of majority and is a resident of and domiciled

in Maumelle, Arkansas. The minor, C. D. B., is the natural son of Patrick A. Beck and his wife, Amber Beck, and at all times said minor resided with his parents.

2.

Plaintiff, Tracy L. Edwards, is a person of the full age of majority and is a resident of and domiciled in Tyler, Texas.

3.

Plaintiff, Justin McCarthey, is a person of the full age of majority and is a resident of and domiciled in Conway, Arkansas.

4.

Plaintiff, Michael Harrell, is a person of the full age of majority and is a resident of and domiciled in Conway, Arkansas.

5.

Plaintiff, Charles N. "Nick" Siria, is a person of the full age of majority and is a resident of and domiciled in Little Rock, Arkansas.

6.

Defendant, TK Boat Rentals, L.L.C. ("TK Boat Rentals"), is a limited liability company organized under the laws of the State of Louisiana and, at all times pertinent hereto, it was authorized to do and doing business within the jurisdiction of this Honorable Court.

7.

Defendant, Andre D. Boudreau, is a person of the full age of majority and is a resident of and domiciled in Madisonville, Louisiana.

8.

Defendant, Troy Wetzel, d/b/a Louisiana Offshore Fishing Charters, is a person of the full age of majority and is a resident of and domiciled in Metairie, Louisiana.

9.

Defendant, Extreme Fishing, L.L.C. ("Extreme Fishing"), is a limited liability company organized under the laws of the State of Louisiana and, at all times pertinent hereto, it was authorized to do and/or doing business within the jurisdiction of this Honorable Court.

10.

Defendant, Chase B. St. Clair, is a person of the full age of majority and is a resident of and domiciled in New Orleans, Louisiana.

11.

Defendant, GEICO Marine Insurance Company, is an insurance company organized under the laws of and with its principal place of business in Maryland and, at all times pertinent hereto, it was authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court.

12.

Jurisdiction of this matter is based upon 28 U.S.C. §1333(1) and diversity of citizenship, 28 U.S.C. §1332(a)(1), with the amount in controversy, exclusive of interest and costs, exceeding $75,000.

13.

Prior to February 12, 2017, Plaintiffs contracted or entered into an agreement with Defendant, Troy Wetzel, d/b/a Louisiana Offshore Fishing Charters, and/or Defendant, Extreme Fishing, to charter offshore fishing vessels in connection with their fishing trip to Louisiana. Pursuant to this contract or agreement, these Defendants were to also furnish a crew to operate these vessels.

14.

On the morning of February 12, 2017, Plaintiffs were supposed to be taken to fish offshore in the Gulf of Mexico on a fishing vessel owned and operated by Mr. Wetzel, d/b/a Louisiana Offshore Fishing Charters, and/or by Extreme Fishing. However, this fishing vessel was inoperable. Accordingly, upon information and belief, Mr. Wetzel or someone on his behalf entered into an agreement with Defendant, Chase B. St. Clair, or his representative to use one of Mr. St. Clair's fishing vessels to take Plaintiffs to fish offshore that day, and Mr. St. Clair was to be paid for the use of his fishing vessel for this purpose.

15.

Due to the aforesaid events, in the morning hours on February 12, 2017, Plaintiffs were passengers on a 32-foot catamaran offshore fishing vessel owned by Mr. St. Clair and being operated by Defendant, Andre D. Boudreau, in the course and scope of his employment with Mr. Wetzel, d/b/a Louisiana Offshore Fishing Charters, and/or Extreme Fishing.

16.

As the aforesaid fishing vessel was traveling south in the lower Mississippi River near Main Pass and within the jurisdiction of this Honorable Court in extremely foggy conditions which severely limited visibility, it experienced a problem with one of its engines. Due to the problem with this engine, Captain Boudreau steered the fishing vessel, which had been close to the west bank of the River, to the left, or in an easterly direction. As this vessel was slowly crossing the River perpendicular to vessel traffic, it violently collided with the M/V MISS IDA, a 42-foot inland crew boat owned by Defendant, TK Boat Rentals, and being operated by Shane LeBlanc in the course and scope of his employment with TK Boat Rentals, which was traveling north near the east bank of the River. Just prior to the collision, Plaintiff, Tracy L. Edwards,

jumped in the cold waters of the Mississippi River to avoid being crushed in the impending collision.

17.

Upon information and belief, at the time of the collision there was no deckhand on the M/V MISS IDA and it did not have its lights on.

18.

As a result of the foregoing incident and collision, Plaintiff, Patrick A. Beck, was caused to sustain severe injuries including, but not limited to, a fracture at the base of his skull, multiple facial fractures, a bruised lung and bruised ribs, hearing loss, and palsy of his cranial nerves; he has suffered severe physical pain, keen mental anguish and emotional distress; he has required medical and hospital care and treatment for his injuries and the serious residuals thereof; he has been handicapped in his everyday activities and he has lost sums of money he otherwise would have earned and he continues to have earnings loss and/or a diminished earning capacity; he has incurred medical, hospital and related expenses and he will continue to incur such expenses in the future; he has sustained residual and permanent disabilities and impairments, both physical and mental; he has suffered a loss of enjoyment of life and nervousness, depression and anxiety; he will likely require additional medical and/or hospital care in the future; all for which Plaintiff, Patrick A. Beck, is entitled to recover damages from Defendants in all amounts reasonable under the premises.

19.

As a result of the foregoing incident and collision, the minor, C. D. B., was caused to sustain severe injuries including, but not limited to, a frontal sinus fracture and other facial fractures, hemorrhage of his eye, and hyperthermia; he has suffered severe physical pain, keen mental anguish and emotional distress, he has required medical and hospital care and treatment

for his injuries and the serious residuals thereof; he has been handicapped in his everyday activities; he has incurred medical, hospital and related expenses and he will continue to incur such expenses in the future; he has sustained residual and permanent disabilities and impairments, both physical and mental; he has suffered a loss of enjoyment of life and nervousness, depression and anxiety; he will likely require additional medical and/or hospital care in the future; all for which Plaintiff, Patrick A. Beck, as the father and administrator of the estate of the minor, C. D. B., is entitled to recover damages from Defendants in all amounts reasonable under the premises.

20.

As a result of the foregoing incident and collision, Plaintiff, Tracy L. Edwards, was caused to sustain severe injuries including, but not limited to, hyperthermia; he has suffered severe physical pain, keen mental anguish, and emotional distress; he has suffered a loss of enjoyment of life and nervousness, depression and anxiety; all for which Plaintiff, Tracy L. Edwards, is entitled to recover damages from Defendants in all amounts reasonable under the premises

21.

As a result of the foregoing incident and collision, Plaintiff, Justin McCarthey, suffered severe and keen mental anguish and emotional distress; he has been handicapped in his everyday activities; he has suffered a loss of enjoyment of life and nervousness, depression and anxiety; all for which Plaintiff, Justin McCarthey, is entitled to recover damages from Defendants in all amounts reasonable under the premises.

22.

As a result of the foregoing incident and collision, Plaintiff, Michael Harrell, suffered severe and keen mental anguish and emotional distress; he has been handicapped in his everyday

activities; he has suffered a loss of enjoyment of life and nervousness, depression and anxiety; all for which Plaintiff, Michael Harrell, is entitled to recover damages from Defendants in all amounts reasonable under the premises.

23.

As a result of the foregoing incident and collision, Plaintiff, Charles N. "Nick" Siria, suffered severe and keen mental anguish and emotional distress; he has been handicapped in his everyday activities; he has suffered a loss of enjoyment of life and nervousness, depression and anxiety; all for which Plaintiff, Charles N. "Nick" Siria, is entitled to recover damages from Defendants in all amounts reasonable under the premises.

24.

The aforesaid incident and collision and the injuries and damages to Plaintiffs were legally and proximately caused by the fault, including negligence, of Defendants, TK Boat Rentals, Andre D. Boudreau, Troy Wetzel, d/b/a Louisiana Offshore Fishing Charters, Extreme Fishing, and Chase B. St. Clair, and their officers, agents, employees, and those for whom they are legally responsible, as well as by the unseaworthiness of the aforesaid fishing vessel and the M/V MISS IDA.

25.

Upon information and belief, at all times pertinent hereto, Defendant, GEICO Marine Insurance Company, had in full force and effect a policy or policies of liability insurance issued to Defendant, Chase B. St.Clair, which insurance provided liability coverage on the aforesaid fishing vessel and on Defendants, Andre D. Boudreau, Troy Wetzel, d/b/a Louisiana Offshore Fishing Charters, and Extreme Fishing.

**WHEREFORE,** Plaintiffs, Patrick A. Beck, individually and as the father and administrator of the estate of his minor son, C. D. B., Tracy L. Edwards, Justin McCarthy,

Michael Harrell, and Charles N. “Nick” Siria, specifically reserving all rights, defenses, and claims asserted in their Answer and Claims in *In the Matter of the Complaint of TK Boat Rentals, LLC, as Owner and Operator of the M/V MISS IDA*, U.S.D.C., E.D. La., Civil Action No.: 2:17-cv-01545, Sect. “R,” Div. “4, pray that Defendants, TK Boat Rentals, L.L.C., Andre D. Boudreau, Troy Wetzel, d/b/a Louisiana Offshore Fishing Charters, Extreme Fishing, L.L.C., Chase B. St. Clair, and GEICO Marine Insurance Company, be served with a copy of this Complaint for Damages and that after due proceedings had, Plaintiffs pray for judgment in their favor and against Defendants, jointly and severally, for all amounts reasonable under the premises, with legal interest thereon from date of judicial demand, including prejudgment interest, for all costs of these proceedings, for all general and equitable relief as the court may deem appropriate, and for a trial by jury.

Respectfully submitted,

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY: *s/ Irving J. Warshauer*
**IRVING J. WARSHAUER**
**BAR NO. 13252**
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
E-mail: iwarshauer@gainsben.com

Attorneys For Plaintiffs, Patrick A. Beck, individually and as the father and administrator of the estate of his minor son, C. D. B., Tracy L. Edwards, Justin McCarthy, Michael Harrell, and Charles N. “Nick” Siria

**SERVICE LIST:**

**TK Boat Rentals, L.L.C.**
Through its Registered Agent:
Todd D. Kirkpatrick
6700 Highway 90 East
Morgan City, Louisiana 70380

**Andre D. Boudreau**
402 Saint Francis Street
Madisonville, Louisiana 70447

**Troy Wetzel, d/b/a Louisiana Offshore Fishing Charters**
5566 Jacquelyn Court
New Orleans, Louisiana 70124

**Extreme Fishing, L.L.C.**
Through its Registered Agent:
Troy Wetzel
5566 Jacquelyn Court
New Orleans, Louisiana 70124

**Chase B. St. Clair**
829 Elenore Street
New Orleans, Louisiana 70115

**GEICO Marine Insurance Company**
Through the Honorable Secretary of State
State of Louisiana
Baton Rouge, Louisiana

And

Pursuant to the Louisiana Long Arm Statute:
Through its Resident Agent:
The Corporation Trust Incorporated
351 West Camden Street
Baltimore, Maryland 21301-7912